| | |
|---|---|
| Michael Liu Su (SBN 300590) | Sarah G. Hartman (Cal. Bar No. 281751) |
| michael.liu.su@finnegan.com | shartman@brownrudnick.com |
| FINNEGAN, HENDERSON, FARABOW, | Brown Rudnick LLP |
|   GARRETT & DUNNER, LLP | 7 Times Square |
| 3300 Hillview Avenue | New York, NY 10036 |
| Palo Alto, CA 94304 | Telephone: (212) 209-4800 |
| Telephone: (650) 849-6600 | Facsimile: (212) 209-4801 |
| Facsimile: (650) 849-6666 | |

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
Bradford C. Schulz (*pro hac vice*)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Defendant
AGIS Software Development LLC.

Attorneys for Plaintiff
ZTE (USA) Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Defendant. | CASE NO. 4:18-cv-06185-HSG <br> (Former Case No. 2:17-cv-00517-JRG) <br> (E.D. Tex.) <br><br> **ORDER** <br><br> Date: January 15, 2019 <br> Time: 2:00 PM <br> Location: Courtroom 2, 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

Defendant AGIS Software Development LLC request for lead trial counsel, Sarah G.

Hartman of BROWN RUDNICK, LLP to appear by telephone for the Case Management

Conference scheduled for January 16, 2019, at 2:00 p.m. is hereby GRANTED. . Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 1/9/2019

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge