Michael Liu Su (SBN 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
Bradford C. Schulz (*pro hac vice*)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone:    (571) 203-2700
Facsimile:    (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AGIS SOFTWARE DEVELOPMENT LLC,<br><br>　　　　　　　Defendants. | CASE NO. 4:18-cv-06185-HSG<br>(Former Case No. 2:17-cv-00517-JRG)<br>(E.D. Tex.)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE FILED DOCUMENTS FROM CASE FILE AND DOCKET** |

**ORDER**

The Court has reviewed ZTE (USA) Inc.'s Administrative Motion to Remove Filed Documents from Case File and Docket and the Declaration of Bradford C. Schulz in Support of Administrative Motion to Remove Filed Documents from Case File and Docket. For good cause appearing therefore, IT IS SO ORDERED:

Dkt. Nos. 42-4, 42-6, 42-7, 42-8, 42-9, 42-10, 42-11, 42-12, 42-13, and 42-14; the originally filed highlighted ZTE's Response to Motion to Dismiss Second Amended Complaint ("Response") (Dkt. Nos. 42-3, 43), the originally filed highlighted Declaration of Bradford C. Schulz in Support of the Response (Dkt. Nos. 42-5, 43-1), and the originally filed Exhibits 3 (Dkt. No. 43-4), 4 (Dkt. No. 43-5), 5 (Dkt. No. 43-6), 6 (Dkt. No. 43-7), 8 (Dkt. No. 43-9), 10 (Dkt. No. 43-11), 14 (Dkt. No. 43-15), and 34 (Dkt. No. 43-35) be permanently removed from the case file and docket.

Dated: April 3, 2019

_____
Hon. Haywood S. Gilliam Jr.
United States District Judge