Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Peter Lambrianakos *(pro hac vice)*
plambrianakos@brownrudnick.com
Vincent J. Rubino, III *(pro hac vice)*
vrubino@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, et al. <br><br> Defendants. | Case No. 18-cv-06185-HSG <br><br> **ORDER TO EXTEND ADR DEADLINE** <br><br> Current ADR Deadline: April 17, 2019 <br> Agreed ADR Deadline: June 21, 2019 |

**ORDER EXTENDING ADR DEADLINE**

Pursuant to the Parties' Joint Stipulation seeking to extend the ADR deadline, it is hereby ORDERED that the ADR deadline is extended to and includes **June 21, 2019.**

DATED: April 4, 2019

_____
The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California