# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZTE (USA) INC.<br><br>Plaintiff(s),<br><br>v.<br><br>AGIS SOFTWARE DEVELOPMENT LLC, AGIS HOLDINGS, INC. AND ADVANCED GROUND INFORMATION SYSTEMS, INC.<br><br>Defendant(s). | Case No: 4:18-cv-06185-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Alfred R. Fabricant**, an active member in good standing of the bar of **U.S. Court of Appeals**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **AGIS SOFTWARE DEVELOPMENT LLC, ET AL.** in the above-entitled action. My local co-counsel in this case is **Arjun Sivakumar**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>7 Times Square<br>New York, New York 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212)-209-4800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949)-752-7100 |
| MY EMAIL ADDRESS OF RECORD:<br>afabricant@brownrudnick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>asivakumar@brownrudnick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: MARCH 7, 2019

APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Alfred R. Fabricant** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/10/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States Court of Appeals for the Federal Circuit

## Certificate of Good Standing

I, Peter R. Marksteiner, Clerk of Court, certify that

# Alfred Ross Fabricant

was duly admitted to practice in this court on September 16, 1996, and is in good standing as a member of the bar of this court.

Dated at: 717 Madison Place, N.W.
Washington, DC

Peter R. Marksteiner
Clerk of Court

On: February 25, 2019

By: *[signature]*
Deputy Clerk

*This Certificate is valid for 90 days from the date issued*