Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Alfred R. Fabricant *(pro hac vice)*
afabricant@brownrudnick.com
Peter Lambrianakos *(pro hac vice)*
plambrianakos@brownrudnick.com
Vincent J. Rubino, III *(pro hac vice)*
vrubino@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514


Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, et al. <br><br> Defendants. | Case No. 18-cv-06185-HSG <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER (DKT. 25)** |

1

1 **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order (Dkt. 25), Defendant AGIS Software Development LLC ("AGIS Software") and Plaintiff ZTE (USA) Inc. ("ZTE") (collectively, "the Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on October 9, 2018, ZTE filed its initial Complaint seeking a judicial declaration of non-infringement, invalidity, and/or unenforceability as to the patents-in-suit against AGIS Software, AGIS Holdings, Inc. ("AGIS Holdings"), and Advanced Ground Information Systems, Inc. ("AGIS, Inc.") (Dkt. 1);

**WHEREAS**, on December 31, 2018, ZTE filed a First Amended Complaint ("FAC") removing AGIS Holdings and AGIS, Inc. as named defendants, but continuing to assert claims against AGIS Software (Dkt. 18);

**WHEREAS**, on January 17, 2019, the Court signed and entered the Scheduling Order (Dkt. 25), which set the following dates:

| Event | Date |
|---|---|
| Amendment of Complaint | March 15, 2019 |
| Defendant's Disclosure of Asserted Claims and Infringement Contentions | April 15, 2019 |
| Defendant's Production | April 15, 2019 |
| Deadline for the Parties to Submit a Proposed Protective Order | April 22, 2019 |
| Deadlines for the Parties to Submit a Proposed ESI Order | April 22, 2019 |
| Deadlines for the Parties to Submit a Proposed Discovery Order | April 22, 2019 |
| Plaintiff's Invalidity Contentions | April 29, 2019 |
| Plaintiff's Production | April 29, 2019 |
| Exchange Proposed Claim Terms | May 13, 2019 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | June 3, 2019 |
| Damages Contentions | June 10, 2019 |
| Joint Claim Construction and Prehearing Statement | June 12, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | June 12, 2019 |
| Responsive Damages Contentions | July 8, 2019 |
| Complete Claim Construction Discovery | July 15, 2019 |

| Submit Opening Claim Construction Brief | July 30, 2019 |
| Submit Responsive Claim Construction Brief | August 13, 2019 |
| Submit Reply Claim Construction Brief | August 20, 2019 |
| Claim Construction Hearing | September 11, 2019; 1:00 p.m. |

**WHEREAS**, after the Court entered the Scheduling Order, on February 5, 2019, ZTE filed a Second Amended Complaint ("SAC"), removing ZTE's claims of invalidity of the patents-in-suit;

**WHEREAS**, on February 19, 2019, AGIS Software filed a Motion to Dismiss the SAC ("MTD"), with a hearing scheduled for May 9, 2019 (Dkt. 41);

**WHEREAS**, on March 15, 2019, AGIS Software filed a Motion for Sanctions against ZTE, with a hearing scheduled for June 6, 2019 (Dkt. 48);

**WHEREAS**, on April 4, 2019, in order to allow sufficient time for the Parties to complete mediation, the Court granted the Parties' request to extend the ADR deadline from April 17, 2019 to June 21, 2019 (Dkt. 56);

**WHEREAS**, on April 9, 2019, in accordance with the Court's April 2, 2019 Order, ZTE resubmitted its opposition brief to the MTD (Dkt. 59);

**WHEREAS**, also on April 9, 2019, the Parties confirmed with JAMS that they will engage in mediation on June 4, 2019 with Hon. James Ware (Ret.) as Mediator;

**WHEREAS**, AGIS Software's reply brief in response to ZTE's resubmitted opposition to the MTD is due to be filed on April 16, 2019;

**WHEREAS**, considering the status of the case, the pendency of the motions (including a dispositive motion) and the upcoming mediation, the Parties have agreed that good cause exists for a 3 week extension of all upcoming deadlines set forth in the Scheduling Order, as such extension will permit more efficient case management, serve the interests in judicial economy, and ensure the most efficient use of the Court's and the Parties' resources;

**WHEREAS**, the Parties have not previously requested an extension of these deadlines, and the Parties do not believe the requested 3-week extension of the currently-scheduled deadlines will have a material impact on the schedule for the case;

*///*

*///*

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the upcoming deadlines set forth in the Scheduling Order (Dkt. 25) be continued by 3 weeks, as follows:

| Event | Previous Dates | Amended Dates |
|---|---|---|
| Defendant's Disclosure of Asserted Claims and Infringement Contentions | April 15, 2019 | May 6, 2019 |
| Defendant's Production | April 15, 2019 | May 6, 2019 |
| Deadline for the Parties to Submit a Proposed Protective Order | April 22, 2019 | May 13, 2019 |
| Deadlines for the Parties to Submit a Proposed ESI Order | April 22, 2019 | May 13, 2019 |
| Deadlines for the Parties to Submit a Proposed Discovery Order | April 22, 2019 | May 13, 2019 |
| Plaintiff's Invalidity Contentions | April 29, 2019 | May 20, 2019 |
| Plaintiff's Production | April 29, 2019 | May 20, 2019 |
| Exchange Proposed Claim Terms | May 13, 2019 | June 3, 2019 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | June 3, 2019 | June 24, 2019 |
| Damages Contentions | June 10, 2019 | July 1, 2019 |
| Joint Claim Construction and Prehearing Statement | June 12, 2019 | July 3, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | June 12, 2019 | July 3, 2019 |
| Responsive Damages Contentions | July 8, 2019 | July 29, 2019 |
| Complete Claim Construction Discovery | July 15, 2019 | August 5, 2019 |
| Submit Opening Claim Construction Brief | July 30, 2019 | August 20, 2019 |
| Submit Responsive Claim Construction Brief | August 13, 2019 | September 3, 2019 |
| Submit Reply Claim Construction Brief | August 20, 2019 | September 10, 2019 |
| Claim Construction Hearing | September 11, 2019; 1:00 p.m. | October 2, 2019; 1:00 p.m. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Date: April 12, 2019 | | By:*/s/Alfred R. Fabricant* |

Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Sarah G. Hartman
CA Bar No. 281751
Email: shartman@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801

Arjun Sivakumar
CA Bar No. 297787
BROWN RUDNICK LLP
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612

Attorneys for Defendant
AGIS Software Development LLC

Dated: April 12, 2019                    FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, LLP


                                         By:*/s/Lionel M. Lavenue*
                                            Lionel M. Lavenue
                                            Attorneys for Plaintiff
                                            ZTE (USA) Inc.

///

///

///

///

///

5
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER,
CASE NO. 18-cv-06185-HSG

## ATTESTATION

Counsel for Defendant hereby attests by her signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff.

Dated: April 12, 2019            BROWN RUDNICK, LLP

By: */s/Sarah G. Hartman*
    Sarah G. Hartman
    Attorneys for Defendant
    AGIS Software Development LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: __4/15/2019__           *[signature]*
    The Honorable Haywood S. Gilliam Jr.
    U.S. District Court Judge
    Northern District of California