1  Michael Liu Su (Cal. Bar No. 300590)
   michael.liu.su@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  3300 Hillview Avenue
   Palo Alto, CA  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5
   Lionel M. Lavenue (*pro hac vice*)
6  lionel.lavenue@finnegan.com
   Bradford C. Schulz (*pro hac vice*)
7  bradford.schulz@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, LLP
   Two Freedom Square
9  11955 Freedom Drive
   Reston, VA 20190
10 Telephone:    (571) 203-2700
   Facsimile:    (202) 408-4400
11
   Attorneys for Plaintiff
12 ZTE (USA) INC.

   Sarah G. Hartman (Cal. Bar No. 281751)
   shartman@brownrudnick.com
   Alfred R. Fabricant (*pro hac vice*)
   afabricant@brownrudnick.com
   Peter Lambrianakos (pro hac vice)
   plambrianakos@brownrudnick.com
   Vincent J. Rubino, III (*pro hac vice*)
   vrubino@brownrudnick.com
   Brown Rudnick LLP
   7 Times Square
   New York, NY 10036
   Telephone: (212) 209-4800
   Facsimile: (212) 209-4801

   Arjun Sivakumar (Cal. Bar No. 297787)
   asivakumar@brownrudnick.com
   Brown Rudnick LLP
   2211 Michelson Drive, Seventh Floor
   Irvine, California 92612
   Telephone: (949) 752-7100
   Facsimile: (949) 252-1514

   Attorneys for Defendant AGIS SOFTWARE
   DEVELOPMENT LLC

13

14            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15                    **OAKLAND DIVISION**

16

17 ZTE (USA) INC.,                     )  Case Number: 4:18-cv-06185-HSG
                                       )  (Former Case No. 2:17-cv-00517-JRG) (E.D.
18         Plaintiff(s),               )  Tex.)
                                       )
19         vs.                         )  **JOINT STIPULATION AND ORDER TO**
                                       )  **AMEND SCHEDULING ORDER (DKT.**
20 AGIS SOFTWARE DEVELOPMENT LLC,      )  **63)**
                                       )
21         Defendant(s).               )
                                       )
22                                     )
                                       )
23 _____)

24

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order (Dkt. 63), Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 4, 2019, to allow sufficient time for the Parties to complete mediation, the Court granted the Parties' request to extend the ADR deadline from April 17, 2019 to June 21, 2019 (Dkt. 56);

**WHEREAS**, on April 15, 2019, the Court signed and entered the Scheduling Order (Dkt. 63), which modified the previous Scheduling Order and set the following forthcoming deadlines:

| Event | Dates |
| --- | --- |
| Plaintiff's Invalidity Contentions | May 20, 2019 |
| Plaintiff's Production | May 20, 2019 |
| Exchange Proposed Claim Terms | June 3, 2019 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | June 24, 2019 |
| Damages Contentions | July 1, 2019 |
| Joint Claim Construction and Prehearing Statement | July 3, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | July 3, 2019 |
| Responsive Damages Contentions | July 29, 2019 |
| Complete Claim Construction Discovery | August 5, 2019 |
| Submit Opening Claim Construction Brief | August 20, 2019 |
| Submit Responsive Claim Construction Brief | September 3, 2019 |
| Submit Reply Claim Construction Brief | September 10, 2019 |
| Claim Construction Hearing | October 2, 2019; 1:00 p.m. |

**WHEREAS**, to allow the Parties time to confer regarding the Parties' discovery disputes, the Parties have agreed that good cause exists for a two-week extension of the May 20, 2019 deadline above and for a one-week extension of the June 3, 2019 deadline above;

**WHEREAS**, these two extensions would not affect any other aspect of the above schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the upcoming deadlines set forth in the Scheduling Order (Dkt. 63) be modified as follows:

| Event | Previous Dates | Amended Dates |
|---|---|---|
| Plaintiff's Invalidity Contentions | May 20, 2019 | June 3, 2019 |
| Plaintiff's Production | May 20, 2019 | June 3, 2019 |
| Exchange Proposed Claim Terms | June 3, 2019 | June 10, 2019 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | June 24, 2019 | June 24, 2019 (same) |
| Damages Contentions | July 1, 2019 | July 1, 2019 (same) |
| Joint Claim Construction and Prehearing Statement | July 3, 2019 | July 3, 2019 (same) |
| Exchange Expert Declarations in Support of Claim Construction, if Any | July 3, 2019 | July 3, 2019 (same) |
| Responsive Damages Contentions | July 29, 2019 | July 29, 2019 (same) |
| Complete Claim Construction Discovery | August 5, 2019 | August 5, 2019 (same) |
| Submit Opening Claim Construction Brief | August 20, 2019 | August 20, 2019 (same) |
| Submit Responsive Claim Construction Brief | September 3, 2019 | September 3, 2019 (same) |
| Submit Reply Claim Construction Brief | September 10, 2019 | September 10, 2019 (same) |
| Claim Construction Hearing | October 2, 2019; 1:00 p.m. | October 2, 2019; 1:00 p.m. (same) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 16, 2019

Respectfully submitted,

*/s/ Michael Liu Su*

Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

2

| | |
|---|---|
| 1 | Lionel M. Lavenue (*pro hac vice*)<br>lionel.lavenue@finnegan.com |
| 2 | Bradford C. Schulz (*pro hac vice*)<br>bradford.schulz@finnegan.com |
| 3 | FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP |
| 4 | Two Freedom Square |
| 5 | 11955 Freedom Drive<br>Reston, VA 20190 |
| 6 | Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400 |
| 7 | |
| 8 | Attorneys for Plaintiff<br>ZTE (USA) INC. |
| 9 | |
| 10 | Dated: May 16, 2019 — Respectfully submitted, |
| 11 | */s/ Sarah G. Hartman*<br>Sarah G. Hartman (Cal. Bar No. 281751) |
| 12 | shartman@brownrudnick.com<br>Alfred R. Fabricant (*pro hac vice*) |
| 13 | afabricant@brownrudnick.com<br>Peter Lambrianakos (*pro hac vice*) |
| 14 | plambrianakos@brownrudnick.com<br>Vincent J. Rubino, III (*pro hac vice*) |
| 15 | vrubino@brownrudnick.com<br>Brown Rudnick LLP |
| 16 | 7 Times Square<br>New York, NY 10036 |
| 17 | Telephone: (212) 209-4800 |
| 18 | Facsimile: (212) 209-4801 |
| 19 | Arjun Sivakumar (Cal. Bar No. 297787) |
| 20 | asivakumar@brownrudnick.com<br>Brown Rudnick LLP |
| 21 | 2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612 |
| 22 | Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514 |
| 23 | |
| 24 | Attorneys for Defendant<br>AGIS SOFTWARE DEVELOPMENT LLC |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# ATTESTATION

I, Michael Liu Su, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Michael Liu Su
Michael Liu Su

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: May 17, 2019

The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California

JOINT STIPULATION AND ORDER TO
AMEND SCHEDULING ORDER (DKT. 63)
CASE NO. 4:18-CV-06185-HSG