Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Alfred R. Fabricant *(pro hac vice)*
afabricant@brownrudnick.com
Peter Lambrianakos *(pro hac vice)*
plambrianakos@brownrudnick.com
Vincent J. Rubino, III *(pro hac vice)*
vrubino@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514


Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, et al. <br><br> Defendants. | Case No. 18-cv-06185-HSG <br><br> **JOINT MOTION AND ORDER REQUESTING PERMISSION TO PRESENT VISUAL AIDS DURING THE JUNE 6, 2019 HEARING AND TO USE ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONNECTION WITH SUCH PRESENTATION** |

1

# JOINT MOTION AND ORDER REQUESTING PERMISSION TO PRESENT VISUAL AIDS DURING THE JUNE 6, 2019 HEARING AND TO USE ELECTRONIC EQUIPMENT IN THE COURTROOM

Pursuant to Civil Local Rule 7-11, Defendant AGIS Software Development LLC ("AGIS Software") and Plaintiff ZTE (USA) Inc. ("ZTE") (collectively, "the Parties"), hereby jointly move the Court for an Order permitting the use of visual aids, such as PowerPoint, during the June 6, 2019 hearing on AGIS Software's Motion to Dismiss ZTE's Second Amended Complaint for lack of personal jurisdiction (Dkt. 41) and AGIS Software's Motion for Sanctions (Dkt. 48) (collectively, the "Motions"), and to use electronic equipment in the courtroom in connection with such presentation, and hereby stipulate and agree as follows:

**WHEREAS**, AGIS Software's Motion to Dismiss ZTE's Second Amended Complaint for lack of personal jurisdiction (Dkt. 41) and AGIS Software's Motion for Sanctions (Dkt. 48) are both scheduled to be heard before this Court on June 6, 2019 at 2:00 p.m. PT, in Courtroom 2, 4th Floor, of the Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California (Dkts. 41, 48, 49, 65);

**WHEREAS**, the Parties agree that the use of visual aids, such as PowerPoint, during the June 6, 2019 hearing on the Motions will assist in a clear and effective presentation of the arguments;

**WHEREAS**, the Parties jointly seek to use certain electronic equipment and devices in the courtroom, together with the courtroom technology, in connection with the presentation of visual aids at the June 6, 2019 hearing;

**NOW THEREFORE, IT IS HEREBY REQUESTED,** by and between Plaintiff and Defendant, through their respective undersigned counsel, that:

1. Counsel for the Parties may present visual aids, such as PowerPoint, during the June 6, 2019 hearing on the Motions;

2. Counsel for the Parties may bring the following electronic equipment and devices into the courtroom on June 6, 2019 for use during the hearing on the Motions;

- laptop computers;
- various cables, cords, adaptors and power strips;
- Powerpoint remote / clicker / laser pointer

3. Counsel for the Parties may use the courtroom technology during the June 6, 2019 hearing on the Motions.

Date: May 30, 2019

By: */s/ Sarah G. Hartman*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Sarah G. Hartman
CA Bar No. 281751
Email: shartman@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801

Arjun Sivakumar
CA Bar No. 297787
BROWN RUDNICK LLP
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612

Attorneys for Defendant
AGIS Software Development LLC

| | |
|---|---|
| Dated: May 30, 2019 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By: /s/Bradford Schulz |
| | Lionel M. Lavenue |
| | Bradford Schulz |
| | Michael Su |
| | Attorneys for Plaintiff |
| | ZTE (USA) Inc. |

**ATTESTATION**

Counsel for Defendant hereby attests by her signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff.

| | |
|---|---|
| Dated: May 30, 2019 | BROWN RUDNICK, LLP |
| | By: /s/Sarah G. Hartman |
| | Sarah G. Hartman |
| | Attorneys for Defendant |
| | AGIS Software Development LLC |

**IT IS SO ORDERED,**

DATED: May 31, 2019

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**DENIED**
/s/ Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

The Honorable Haywood S. Gilliam Jr.
U.S. District Judge
Northern District of California

4