| | |
|---|---|
| Michael Liu Su (Cal. Bar No. 300590) | Sarah G. Hartman (Cal. Bar No. 281751) |
| michael.liu.su@finnegan.com | shartman@brownrudnick.com |
| FINNEGAN, HENDERSON, FARABOW, | Alfred R. Fabricant (*pro hac vice*) |
|   GARRETT & DUNNER, LLP | afabricant@brownrudnick.com |
| 3300 Hillview Avenue | Peter Lambrianakos (pro hac vice) |
| Palo Alto, CA 94304 | plambrianakos@brownrudnick.com |
| Telephone: (650) 849-6600 | Vincent J. Rubino, III (pro hac vice) |
| Facsimile: (650) 849-6666 | vrubino@brownrudnick.com |
| | Brown Rudnick LLP |
| Lionel M. Lavenue (*pro hac vice*) | 7 Times Square |
| lionel.lavenue@finnegan.com | New York, NY 10036 |
| Bradford C. Schulz (*pro hac vice*) | Telephone: (212) 209-4800 |
| bradford.schulz@finnegan.com | Facsimile: (212) 209-4801 |
| FINNEGAN, HENDERSON, FARABOW, | |
|   GARRETT & DUNNER, LLP | Arjun Sivakumar (Cal. Bar No. 297787) |
| Two Freedom Square | asivakumar@brownrudnick.com |
| 11955 Freedom Drive | Brown Rudnick LLP |
| Reston, VA 20190 | 2211 Michelson Drive, Seventh Floor |
| Telephone: (571) 203-2700 | Irvine, California 92612 |
| Facsimile: (202) 408-4400 | Telephone: (949) 752-7100 |
| | Facsimile: (949) 252-1514 |
| Attorneys for Plaintiff | |
| ZTE (USA) Inc. | Attorneys for Defendant AGIS SOFTWARE |
| | DEVELOPMENT LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Defendant(s). | Case Number: 4:18-cv-06185-HSG <br> (Former Case No. 2:17-cv-00517-JRG) (E.D. Tex.) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER (DKT. 73) AND EXTEND ADR DEADLINE (DKT. 56)** <br><br> (As Modified) |

1
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
CASE NO. 18-cv-06185-HSG

# JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULING ORDER AND EXTEND ADR DEADLINE

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order (Dkt. 73) and the Order re: ADR Deadline (Dkt. 56), Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 4, 2019, to allow sufficient time for the Parties to complete mediation, the Court granted the Parties' request to extend the ADR deadline from April 17, 2019 to June 21, 2019 (Dkt. 56);

**WHEREAS**, on April 15, 2019, the Court signed and entered an amended Scheduling Order (Dkt. 63), which modified the previous Scheduling Order (Dkt. 25);

**WHEREAS**, on May 17, 2019, to allow the Parties time to confer regarding the Parties' discovery disputes, the Court granted the Parties' request to extend Plaintiff's Invalidity Contentions and Plaintiff's Production from May 20, 2019 to June 3, 2019; and the Court granted the Parties' request to extend the Parties' Exchange of Proposed Claim terms from June 3, 2019 to June 10, 2019;

**WHEREAS**, the parties were scheduled to conduct mediation on June 4, 2019 with Hon. James Ware (Ret.) as mediator, however, due to a medical emergency of mediator, the Parties were unable to complete mediation on that date;

**WHEREAS**, the next available date for both Parties and the mediator is in August 2019, which is after the current June 21, 2019 ADR mediation deadline;

**WHEREAS**, to allow sufficient time for the Parties to complete the rescheduled mediation, the Parties have agreed that good cause exists to extend the ADR deadline to August 23, 2019;

**WHEREAS**, on June 14, 2019, the Parties met and conferred in Magistrate Judge Spero's courtroom to discuss certain discovery disputes;

**WHEREAS**, to allow the Parties time to resolve such discovery disputes as agreed during the meet and confer, the Parties have agreed that good cause exists to extend the discovery deadlines as described below;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the upcoming deadlines set forth in the Scheduling Order (Dkt. 73) be modified as follows:

| Event | Previous Dates | Amended Dates |
|---|---|---|
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | June 24, 2019 | August 2, 2019 |
| Damages Contentions | July 1, 2019 | August 9, 2019 |
| Joint Claim Construction and Prehearing Statement | July 3, 2019 | August 13, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | July 3, 2019 | August 13, 2019 |
| Responsive Damages Contentions | July 29, 2019 | September 6, 2019 |
| Complete Claim Construction Discovery | August 5, 2019 | September 13, 2019 |
| Submit Opening Claim Construction Brief | August 20, 2019 | September 30, 2019 |
| Submit Responsive Claim Construction Brief | September 3, 2019 | October 14, 2019 |
| Submit Reply Claim Construction Brief | September 10, 2019 | October 21, 2019 |
| Claim Construction Hearing | October 2, 2019; 1:00 p.m. | November 12, 2019; 1:00 p.m. |

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the deadline to complete ADR, currently set for June 21, 2019 (Dkt. 56), shall be continued to **August 23, 2019**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 19, 2019

Respectfully submitted,

*/s/ Michael Liu Su*
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

Dated: June 19, 2019

Respectfully submitted,

*/s/ Sarah G. Hartman*
Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Alfred R. Fabricant (pro hac vice)
afabricant@brownrudnick.com
Peter Lambrianakos (pro hac vice)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (pro hac vice)
vrubino@brownrudnick.com
Brown Rudnick LLP
7 Times Square

3
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
CASE NO. 18-cv-06185-HSG

|   |   |
|---|---|
| 1 | New York, NY 10036 |
| 2 | Telephone: (212) 209-4800 |
|   | Facsimile: (212) 209-4801 |
| 3 |   |
|   | Arjun Sivakumar (Cal. Bar No. 297787) |
| 4 | asivakumar@brownrudnick.com |
| 5 | Brown Rudnick LLP |
|   | 2211 Michelson Drive, Seventh Floor |
| 6 | Irvine, California 92612 |
|   | Telephone: (949) 752-7100 |
| 7 | Facsimile: (949) 252-1514 |

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

### ATTESTATION

I, Michael Liu Su, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Michael Liu Su
Michael Liu Su

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** except the claim construction hearing will be held on November 20, 2019 at 1:00 p.m.

Dated: 6/21/2019

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California