Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
Bradford C. Schulz (*pro hac vice*)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

Alfred R. Fabricant (*pro hac vice*)
afabricant@brownrudnick.com
Peter Lambrianakos (*pro hac vice*)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant AGIS SOFTWARE
DEVELOPMENT LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Defendant(s). | Case Number: 4:18-cv-06185-HSG <br> (Former Case No. 2:17-cv-00517-JRG) (E.D. Tex.) <br><br> **JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND EXTEND ADR DEADLINE (DKT. 92)** |

# JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND EXTEND ADR DEADLINE

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order and the Order re: ADR Deadline (Dkt. 92), Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 15, 2019, the Court signed and entered an amended Scheduling Order (Dkt. 63), which modified the previous Scheduling Order (Dkt. 25);

**WHEREAS**, on May 17, 2019, to allow the Parties time to confer regarding the Parties' discovery disputes, the Court granted the Parties' request to extend Plaintiff's Invalidity Contentions and Plaintiff's Production from May 20, 2019 to June 3, 2019; and the Court granted the Parties' request to extend the Parties' Exchange of Proposed Claim terms from June 3, 2019 to June 10, 2019 (Dkt. 73);

**WHEREAS**, on June 14, 2019, the Parties met and conferred in Magistrate Judge Spero's courtroom to discuss certain discovery disputes;

**WHEREAS**, on June 21, 2019, the Court signed and entered an amended Scheduling Order (Dkt. 92), which modified the previous Scheduling Order (Dkt. 73), to allow the Parties time to resolve such discovery disputes as agreed during the June 14, 2019 meet and confer;

**WHEREAS**, to allow the Parties time to confer regarding the on-going discovery disputes and the Parties' Local Patent Rule 4-3 Joint Claim Construction and Prehearing Statement; the Parties' request to extend the Joint Claim Construction and Prehearing Statement from August 13, 2019 to August 21, 2019 and additional upcoming deadlines;[1]

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and

---

[1] The Parties note that, as Defendant's Motion to Dismiss (Dkt. 41) is still pending, Defendant AGIS Software has not yet filed an answer to Plaintiff ZTE's complaint or alleged infringement against ZTE. The Parties are nonetheless proceeding in order to comply with the deadlines set forth in the Court's scheduling orders.

Defendant, through their respective undersigned counsel, that the upcoming deadlines set forth in the Scheduling Order (Dkt. 92) be modified as follows:

| Event | Previous Dates | Amended Dates |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | August 13, 2019 | August 21, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | August 13, 2019 | August 21, 2019 |
| Responsive Damages Contentions | September 6, 2019 | September 13, 2019 |
| Complete Claim Construction Discovery | September 13, 2019 | September 23, 2019 |
| Submit Opening Claim Construction Brief | September 30, 2019 | October 7, 2019 |
| Submit Responsive Claim Construction Brief | October 14, 2019 | October 21, 2019 |
| Submit Reply Claim Construction Brief | October 21, 2019 | October 28, 2019 |
| Claim Construction Hearing | November 20, 2019; 1:00 p.m. | December 4, 2019; 1:00 p.m. |

**WHEREAS**, on April 4, 2019, to allow sufficient time for the Parties to complete mediation, the Court granted the Parties' request to extend the ADR deadline from April 17, 2019 to June 21, 2019 (Dkt. 56);

**WHEREAS**, the parties were scheduled to conduct mediation on June 4, 2019 with Hon. James Ware (Ret.) as mediator, however, due to a medical emergency of the mediator, the Parties were unable to complete mediation on that date,

**WHEREAS**, on June 21, 2019, the Court granted the Parties' request to extend the ADR deadline from June 21, 2019 to August 23, 2019 (Dkt. 92);

**WHEREAS**, Judge Ware and both Parties have indicated that they are available to mediate at the end of September in New York, and are currently working to confirm and finalize the details;

**WHEREAS**, to allow sufficient time for the Parties to complete the rescheduled mediation, the Parties have agreed that good cause exists to extend the ADR deadline to October
2
JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER,
CASE NO. 18-cv-06185-HSG

1, 2019;

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the deadline to complete ADR, currently set for August 23, 2019 (Dkt. 92), shall be continued to **October 1, 2019**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 12, 2019

Respectfully submitted,

/s/ Bradford C. Schulz
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

Dated: August 12, 2019

Respectfully submitted,

/s/ Sarah G. Hartman
Alfred R. Fabricant (pro hac vice)
afabricant@brownrudnick.com
Peter Lambrianakos (pro hac vice)

3
JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER,
CASE NO. 18-cv-06185-HSG

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | plambrianakos@brownrudnick.com                                               |
| 2  | Vincent J. Rubino, III (pro hac vice)                                        |
|    | vrubino@brownrudnick.com                                                     |
| 3  | Brown Rudnick LLP                                                            |
|    | 7 Times Square                                                               |
| 4  | New York, NY 10036                                                           |
| 5  | Telephone: (212) 209-4800                                                    |
|    | Facsimile: (212) 209-4801                                                    |
| 6  |                                                                              |
| 7  | Sarah G. Hartman (Cal. Bar No. 281751)                                       |
|    | shartman@brownrudnick.com                                                    |
| 8  | Arjun Sivakumar (Cal. Bar No. 297787)                                        |
|    | asivakumar@brownrudnick.com                                                  |
| 9  | Brown Rudnick LLP                                                            |
| 10 | 2211 Michelson Drive, Seventh Floor                                          |
|    | Irvine, California 92612                                                     |
| 11 | Telephone: (949) 752-7100                                                    |
|    | Facsimile: (949) 252-1514                                                    |
| 12 |                                                                              |
|    | Attorneys for Defendant                                                      |
| 13 | AGIS SOFTWARE DEVELOPMENT LLC                                                |

## ATTESTATION

I, Bradford C. Schulz, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Bradford C. Schulz

Bradford C. Schulz

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 8/12/2019

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California