| | |
|---|---|
| Michael Liu Su (Cal. Bar No. 300590) <br> michael.liu.su@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA 94304 <br> Telephone: (650) 849-6600 <br> Facsimile: (650) 849-6666 <br><br> Lionel M. Lavenue (*pro hac vice*) <br> lionel.lavenue@finnegan.com <br> Bradford C. Schulz (*pro hac vice*) <br> bradford.schulz@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> Two Freedom Square <br> 11955 Freedom Drive <br> Reston, VA 20190 <br> Telephone: (571) 203-2700 <br> Facsimile: (202) 408-4400 <br><br> Samhitha M. Medatia (*pro hac vice*) <br> Samhitha.medatia@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 271 17th Street, NW <br> Suite 1400 <br> Atlanta, GA 30363 <br> Telephone: (404) 653-6400 <br> Facsimile: (202) 408-4400 <br><br> Attorneys for Plaintiff <br> ZTE (USA) Inc. | Peter Lambrianakos (*pro hac vice*) <br> plambrianakos@brownrudnick.com <br> Vincent J. Rubino, III (*pro hac vice*) <br> vrubino@brownrudnick.com <br> Alfred R. Fabricant (*pro hac vice*) <br> afabricant@brownrudnick.com <br> Brown Rudnick LLP <br> Alessandra C. Messing (*pro hac vice*) <br> amessing@brownrudnick.com <br> 7 Times Square <br> New York, NY 10036 <br> Telephone: (212) 209-4800 <br> Facsimile: (212) 209-4801 <br><br> Sarah G. Hartman (Cal. Bar No. 281751) <br> shartman@brownrudnick.com <br> Arjun Sivakumar (Cal. Bar No. 297787) <br> asivakumar@brownrudnick.com <br> Brown Rudnick LLP <br> 2211 Michelson Drive, Seventh Floor <br> Irvine, California 92612 <br> Telephone: (949) 752-7100 <br> Facsimile: (949) 252-1514 <br><br> Attorneys for Defendant AGIS SOFTWARE <br> DEVELOPMENT LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZTE (USA) INC., <br><br>     Plaintiff(s), <br><br> vs. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br>     Defendant(s). | Case Number: 4:18-cv-06185-HSG <br><br> **JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER (DKT. 99)** |

# JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order (Dkt. 99), Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 15, 2019, the Court signed and entered an amended Scheduling Order (Dkt. 63), which modified the initial Scheduling Order (Dkt. 25);

**WHEREAS**, on May 17, 2019, to allow the Parties time to confer regarding the Parties' discovery disputes, the Court granted the Parties' request to extend the deadline for Plaintiff's Invalidity Contentions and Production from May 20, 2019 to June 3, 2019, and extend the Parties' Exchange of Proposed Claim terms from June 3, 2019 to June 10, 2019 (Dkt. 73);

**WHEREAS**, on June 14, 2019, the Parties met and conferred in Magistrate Judge Spero's courtroom to discuss certain discovery disputes;

**WHEREAS**, on June 21, 2019, to allow the Parties sufficient time to resolve their discovery disputes as agreed during the June 14, 2019 conference, the Court signed and entered an amended Scheduling Order (Dkt. 92), which modified the previous Scheduling Order (Dkt. 73);

**WHEREAS**, on August 12, 2019, to allow the Parties additional time to confer regarding the on-going discovery disputes and the Joint Claim Construction and Prehearing Statement; the Court signed and entered an amended Scheduling Order (Dkt. 99), which modified the previous Scheduling Order (Dkt. 92);

**WHEREAS**, on August 6, 2019, ZTE requested an in-person meeting of lead counsel to discuss certain discovery disputes, pursuant to Magistrate Judge Spero's Standing Order ¶ 15 and Dkt. 81 at 2;

**WHEREAS**, on August 15, 2019, the Parties met and conferred in-person, pursuant to ZTE's request and Magistrate Judge Spero's Standing Order and Dkt. 81. AGIS Software agreed

to produce two deposition transcripts, and the Parties agreed to permit an exchange of amended Preliminary Claim Constructions and Extrinsic Evidence pursuant to Local Patent Rule 4-2 by August 23, 2019.[1] The Parties further agreed that AGIS Software would serve amended Infringement Contentions to reflect the Parties' agreements by September 3, 2019, and that ZTE would serve amended Invalidity Contentions within 21 days of receipt of AGIS Software's amended Infringement Contentions, by September 24, 2019.[2]

**WHEREAS**, to allow the Parties time to resolve their discovery disputes as agreed during the August 15, 2019 conference, the Parties have agreed that good cause exists to extend the discovery deadlines as described below;[3]

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that AGIS Software will serve amended Infringement Contentions by September 3, 2019; ZTE will serve amended Invalidity Contentions by September 24, 2019; the Parties will exchange amended Preliminary Claim Constructions and Extrinsic Evidence by August 23, 2019; and the following upcoming deadlines set forth in Scheduling Order (Dkt. 99) be modified as follows:

| Event | Previous Deadlines | Amended Deadlines |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | August 21, 2019 | September 6, 2019 |
| Exchange Expert Declarations in Support of Claim Construction, if Any | August 21, 2019 | September 6, 2019 |
| Responsive Damages Contentions | September 13, 2019 | September 13, 2019 (same) |
| Complete Claim Construction Discovery | September 23, 2019 | October 7, 2019 |
| Submit Opening Claim Construction Brief | October 7, 2019 | October 21, 2019 |

---

[1] AGIS Software produced the two deposition transcripts to ZTE on August 16, 2019.
[2] The Parties intend to file a Joint Letter to the Court summarizing the agreements made at the conference by August 20, 2019, as required by Magistrate Judge Spero's Order (Dkt. 81).
[3] The Parties note that, as Defendant's Motion to Dismiss (Dkt. 41) is still pending, Defendant AGIS Software has not yet filed an answer to Plaintiff ZTE's complaint or alleged infringement against ZTE. The Parties are nonetheless proceeding in order to comply with the deadlines set forth in the Court's scheduling orders.

| | | |
|---|---|---|
| Submit Responsive Claim Construction Brief | October 21, 2019 | November 4, 2019 |
| Submit Reply Claim Construction Brief | October 28, 2019 | November 11, 2019 |
| Claim Construction Hearing | December 4, 2019; 1:00 p.m. | December 18, 2019; 1:00 p.m. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 20, 2019

Respectfully submitted,

*/s/ Bradford C. Schulz*
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Samhitha M. Medatia (*pro hac vice*)
Samhitha.medatia@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363
Telephone: (404) 653-6400
Facsimile: (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2019 | Respectfully submitted, |
| 2 | | */s/ Alessandra C. Messing* |
| 3 | | Peter Lambrianakos (pro hac vice) |
| | | plambrianakos@brownrudnick.com |
| 4 | | Vincent J. Rubino, III (*pro hac vice*) |
| | | vrubino@brownrudnick.com |
| 5 | | Alfred R. Fabricant (*pro hac vice*) |
| 6 | | afabricant@brownrudnick.com |
| | | Alessandra C. Messing (*pro hac vice*) |
| 7 | | amessing@brownrudnick.com |
| | | Brown Rudnick LLP |
| 8 | | 7 Times Square |
| 9 | | New York, NY 10036 |
| | | Telephone: (212) 209-4800 |
| 10 | | Facsimile: (212) 209-4801 |
| 11 | | Sarah G. Hartman (Cal. Bar No. 281751) |
| | | shartman@brownrudnick.com |
| 12 | | Arjun Sivakumar (Cal. Bar No. 297787) |
| 13 | | asivakumar@brownrudnick.com |
| | | Brown Rudnick LLP |
| 14 | | 2211 Michelson Drive, Seventh Floor |
| | | Irvine, California 92612 |
| 15 | | Telephone: (949) 752-7100 |
| 16 | | Facsimile: (949) 252-1514 |
| 17 | | Attorneys for Defendant |
| | | AGIS SOFTWARE DEVELOPMENT LLC |

## ATTESTATION

I, Bradford C. Schulz, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

                      /s/ Bradford C. Schulz

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 8/21/2019

                      The Honorable Haywood S. Gilliam Jr.
                      U.S. District Court Judge
                      Northern District of California