| | |
|---|---|
| Michael Liu Su (Cal. Bar No. 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Lionel M. Lavenue (*pro hac vice*)<br>lionel.lavenue@finnegan.com<br>Bradford C. Schulz (*pro hac vice*)<br>bradford.schulz@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br><br>Samhitha M. Medatia (*pro hac vice*)<br>Samhitha.medatia@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>271 17th Street, NW<br>Suite 1400<br>Atlanta, GA 30363<br>Telephone: (404) 653-6400<br>Facsimile: (202) 408-4400<br><br>Attorneys for Plaintiff<br>ZTE (USA) Inc. | Peter Lambrianakos (*pro hac vice*)<br>plambrianakos@brownrudnick.com<br>Vincent J. Rubino, III (*pro hac vice*)<br>vrubino@brownrudnick.com<br>Alfred R. Fabricant (*pro hac vice*)<br>afabricant@brownrudnick.com<br>BROWN RUDNICK LLP<br>Alessandra C. Messing (*pro hac vice*)<br>amessing@brownrudnick.com<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>Sarah G. Hartman (Cal. Bar No. 281751)<br>shartman@brownrudnick.com<br>Arjun Sivakumar (Cal. Bar No. 297787)<br>asivakumar@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br><br>Attorneys for Defendant AGIS SOFTWARE<br>DEVELOPMENT LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZTE (USA) INC.,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>AGIS SOFTWARE DEVELOPMENT LLC,<br><br>    Defendant(s). | Case Number: 4:18-cv-06185-HSG<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER (DKT. 102)** |

# JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b), Civil Local Rules 6-2 and 7-12, and the Court's Scheduling Order (Dkt. 102), Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 15, 2019, the Court signed and entered an amended Scheduling Order (Dkt. 63), which modified the initial Scheduling Order (Dkt. 25);

**WHEREAS**, on May 17, 2019, to allow the Parties time to confer regarding the Parties' discovery disputes, the Court granted the Parties' request to extend the deadline for Plaintiff's Invalidity Contentions and Production from May 20, 2019 to June 3, 2019, and extend the Parties' Exchange of Proposed Claim terms from June 3, 2019 to June 10, 2019 (Dkt. 73);

**WHEREAS**, on June 21, 2019, to allow the Parties sufficient time to resolve their discovery disputes as agreed during the June 14, 2019 conference, the Court signed and entered an amended Scheduling Order (Dkt. 92), which modified the previous Scheduling Order (Dkt. 73);

**WHEREAS**, on August 12, 2019, to allow the Parties additional time to confer regarding the on-going discovery disputes and the Joint Claim Construction and Prehearing Statement; the Court signed and entered an amended Scheduling Order (Dkt. 99), which modified the previous Scheduling Order (Dkt. 92);

**WHEREAS**, on August 15, 2019, the Parties met and conferred in-person, pursuant to ZTE's request and Magistrate Judge Spero's Standing Order and Dkt. 81. The Parties further agreed that AGIS Software would serve amended Infringement Contentions to reflect the Parties' agreements by September 3, 2019, and that ZTE would serve amended Invalidity Contentions within 21 days of receipt of AGIS Software's amended Infringement Contentions, by September 24, 2019. *See* Dkt. 101.

**WHEREAS**, on September 4, 2019, the Parties agreed to extend the September 3, 2019

and September 24, 2019 deadlines by one week for serving the respective amended Infringement Contentions and amended Invalidity Contentions.[1]

**WHEREAS**, on September 4, 2019, the Parties further agreed to extend the deadlines for the Exchange of Expert Declarations in Support of the Claim Construction from September 6, 2019 to October 21, 2019 and November 4, 2019 for each respective Opening Claim Construction Brief; and the Parties agreed to extend the Completion of Claim Construction Discovery from October 21, 2019 to December 6, 2019.

**WHEREAS**, to allow the Parties time to resolve their discovery disputes as agreed during the August 15, 2019 conference, and to submit expert declarations with each Parties' respective claim construction brief, the Parties have agreed that good cause exists to extend the deadlines as described below;[2]

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their respective undersigned counsel, that AGIS Software will serve amended Infringement Contentions by September 10, 2019; ZTE will serve amended Invalidity Contentions by October 1, 2019; and the following upcoming deadlines set forth in Scheduling Order (Dkt. 102) be modified as follows:

| Event | Previous Deadlines | Amended Deadlines |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | September 6, 2019 | September 6, 2019 (same) |
| Exchange Expert Declarations in Support of Claim Construction, if Any | September 6, 2019 | October 21, 2019 for Opening Claim Construction Brief and November 4, 2019 for Responsive Claim Construction Brief |
| Responsive Damages Contentions | September 13, 2019 (same) | September 13, 2019 (same) |
| Complete Claim Construction | October 7, 2019 | December 6, 2019 |

---

[1] The Parties intend to file an update to the to the August 20, 2019 Joint Letter to Magistrate Judge Spero (Dkt. 101) informing the Court of the parties' agreement to amend these deadlines.
[2] The Parties note that, as Defendant's Motion to Dismiss (Dkt. 41) is still pending, Defendant AGIS Software has not yet filed an answer to Plaintiff ZTE's complaint or alleged infringement against ZTE.

| | | |
|---|---|---|
| Discovery | | |
| Submit Opening Claim Construction Brief | October 21, 2019 | October 21, 2019 (same) |
| Submit Responsive Claim Construction Brief | November 4, 2019 | November 4, 2019 (same) |
| Submit Reply Claim Construction Brief | November 11, 2019 | November 11, 2019 (same) |
| Claim Construction Hearing | December 18, 2019; 1:00 p.m. | December 18, 2019; 1:00 p.m. (same) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 4, 2019

Respectfully submitted,

*Bradford C. Schulz*
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Samhitha M. Medatia (*pro hac vice*)
Samhitha.medatia@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363
Telephone: (404) 653-6400
Facsimile: (202) 408-4400

|   |   |   |
|---|---|---|
| 1 | | Attorneys for Plaintiff |
| 2 | | ZTE (USA) Inc. |

Dated: September 4, 2019  Respectfully submitted,

*/s/ Sarah G. Hartman*
Peter Lambrianakos (pro hac vice)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@brownrudnick.com
Alfred R. Fabricant (*pro hac vice*)
afabricant@brownrudnick.com
Alessandra C. Messing (*pro hac vice*)
amessing@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

## ATTESTATION

I, Bradford C. Schulz, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Bradford C. Schulz

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 9/5/2019

The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California