1  Peter Lambrianakos (*pro hac vice*)
   plambrianakos@brownrudnick.com
2  Vincent J. Rubino, III (*pro hac vice*)
   vrubino@brownrudnick.com
3  Alfred R. Fabricant (*pro hac vice*)
   afabricant@brownrudnick.com
4  Alessandra C. Messing (*pro hac vice*)
   amessing@brownrudnick.com
5  Brown Rudnick LLP
   7 Times Square
6  New York, NY 10036
   Telephone: (212) 209-4800
7  Facsimile: (212) 209-4801

8  Sarah G. Hartman
   CA Bar No. 281751
9  shartman@brownrudnick.com
   Arjun Sivakumar
10 CA Bar No. 297787
11 asivakumar@brownrudnick.com
   Brown Rudnick LLP
12 2211 Michelson Drive, Seventh Floor
   Irvine, California 92612
13 Telephone: (949) 752-7100
   Facsimile:(949) 252-1514

14 Attorneys for Defendant
15 AGIS Software Development LLC.

16                  UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISON
18

19 | | Case No. 4:18-cv-06185-HSG |
20 ZTE (USA) INC.,

21                          **ORDER GRANTING DEFENDANT'S**
                Plaintiff,  **MOTION FOR EXTENSION OF TIME**
22                          **TO RESPOND TO SECOND AMENDED**
        v.                  **COMPLAINT**
23
   AGIS SOFTWARE DEVELOPMENT LLC,
24
                Defendant.
25

26

27

28

---
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION
CASE NO. 18-cv-06185-HSG

**ORDER**

The Court, having considered Defendant AGIS Software Development LLC's ("AGIS Software") Motion for Extension of Time to Respond to Second Amended Complaint finds that the Motion should be GRANTED. It is hereby ORDERED that AGIS Software's deadline to answer or otherwise respond to ZTE (USA) Inc.'s Second Amended Complaint, is extended through and including October 24, 2019.

Dated: 9/24/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge