Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
Bradford C. Schulz (*pro hac vice*)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Samhitha M. Medatia (*pro hac vice*)
Samhitha.medatia@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363
Telephone: (404) 653-6400
Facsimile: (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.

Peter Lambrianakos (*pro hac vice*)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@brownrudnick.com
Alfred R. Fabricant (*pro hac vice*)
afabricant@brownrudnick.com
Brown Rudnick LLP
Alessandra C. Messing (*pro hac vice*)
amessing@brownrudnick.com
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant AGIS SOFTWARE
DEVELOPMENT LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Defendant(s). | Case Number: 4:18-cv-06185-HSG <br><br> **JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES, AND NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | **JOINT MOTION AND [PROPOSED] ORDER TO STAY ALL DEADLINES** |
| 2 | |

**JOINT MOTION AND [PROPOSED] ORDER TO STAY ALL DEADLINES**

Pursuant to Civil Local Rule 7-12, Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"), hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, through their respective undersigned counsel, that all matters in controversy between the Parties are settled in principle. The Parties respectfully request a stay of all case deadlines for thirty (30) days while the Parties finalize a settlement agreement and prepare the papers to conclude the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 30, 2019

Respectfully submitted,

*/s/ Bradford C. Schulz*
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Samhitha M. Medatia (*pro hac vice*)
Samhitha.medatia@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP

1
JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES,
CASE NO. 18-cv-06185-HSG

|   |   |   |
|---|---|---|
| 1 | | 271 17th Street, NW |
| 2 | | Suite 1400 |
| | | Atlanta, GA 30363 |
| 3 | | Telephone:   (404) 653-6400 |
| | | Facsimile:    (202) 408-4400 |

<br>

271 17th Street, NW
Suite 1400
Atlanta, GA 30363
Telephone:     (404) 653-6400
Facsimile:      (202) 408-4400

Attorneys for Plaintiff
ZTE (USA) Inc.


Dated: September 30, 2019

Respectfully submitted,

*/s/ Sarah G. Hartman*
Peter Lambrianakos (pro hac vice)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@brownrudnick.com
Alfred R. Fabricant (*pro hac vice*)
afabricant@brownrudnick.com
Alessandra C. Messing (*pro hac vice*)
amessing@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

2
JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES,
CASE NO. 18-cv-06185-HSG

## ATTESTATION

I, Bradford C. Schulz, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Bradford C. Schulz

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 9/30/2019

_____
The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California