| | |
|---|---|
| Michael Liu Su (SBN 300590) | Peter Lambrianakos (pro hac vice) |
| michael.liu.su@finnegan.com | plambrianakos@brownrudnick.com |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Vincent J. Rubino, III (pro hac vice) vrubino@brownrudnick.com |
| 3300 Hillview Avenue | Alfred R. Fabricant (pro hac vice) |
| Palo Alto, CA 94304 | afabricant@brownrudnick.com |
| Telephone: (650) 849-6600 | Alessandra C. Messing (pro hac vice) |
| Facsimile: (650) 849-6666 | amessing@brownrudnick.com |
| | BROWN RUDNICK LLP |
| Lionel M. Lavenue (pro hac vice) | 7 Times Square |
| lionel.lavenue@finnegan.com | New York, NY 10036 |
| Bradford C. Schulz (pro hac vice) | Telephone: (212) 209-4800 |
| bradford.schulz@finnegan.com | Facsimile: (212) 209-4801 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| | Sarah G. Hartman (SBN 281751) |
| Two Freedom Square | shartman@brownrudnick.com |
| 11955 Freedom Drive | Arjun Sivakumar (SBN 297787) |
| Reston, VA 20190 | asivakumar@brownrudnick.com |
| Telephone: (571) 203-2700 | BROWN RUDNICK LLP |
| Facsimile: (202) 408-4400 | 2211 Michelson Drive, Seventh Floor |
| | Irvine, CA 92612 |
| Attorneys for Plaintiff | Telephone: (949) 752-7100 |
| ZTE (USA) Inc. | Facsimile: (949) 252-1514 |
| | |
| | Attorneys for Defendant |
| | AGIS Software Development LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., | Case No. 4:18-cv-06185-HSG |
| | (Former Case No. 2:17-cv-00517-JRG) |
| Plaintiff, | (E.D. Tex.) |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION AND SETTING TELEPHONE CONFERENCE** |
| AGIS SOFTWARE DEVELOPMENT LLC, | |
| Defendant. | |

**ORDER**

The Court has reviewed the Parties' Joint Administrative Motion Requesting Order Setting Telephone Conference and Joint Stipulation to the same. For good cause appearing therefore, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Court will hold a telephone conference on October 22, 2019, at 11:00 AM PT. The Parties shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 10/17/2019

Hon. Haywood S. Gilliam Jr.
United States District Judge