| | |
|---|---|
| Michael Liu Su (SBN 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Lionel M. Lavenue (pro hac vice)<br>lionel.lavenue@finnegan.com<br>Bradford C. Schulz (pro hac vice)<br>bradford.schulz@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br><br>Attorneys for Plaintiff<br>ZTE (USA) Inc. | Peter Lambrianakos (pro hac vice)<br>plambrianakos@brownrudnick.com<br>Vincent J. Rubino, III (pro hac vice)<br>vrubino@brownrudnick.com<br>Alfred R. Fabricant (pro hac vice)<br>afabricant@brownrudnick.com<br>Alessandra C. Messing (pro hac vice)<br>amessing@brownrudnick.com<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>Sarah G. Hartman (SBN 281751)<br>shartman@brownrudnick.com<br>Arjun Sivakumar (SBN 297787)<br>asivakumar@brownrudnick.com<br>Brown Rudnick LLP<br>2211 Michelson Drive, Seventh Floor<br>Irvine, CA 92612<br>Telephone: (949) 752-7100<br>Facsimile:(949) 252-1514<br><br>Attorneys for Defendant<br>AGIS Software Development LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>AGIS SOFTWARE DEVELOPMENT LLC,<br><br>           Defendant. | Case No. 4:18-cv-06185-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO REFILE MOTION TO SEAL FROM OCTOBER 22, 2019 TO OCTOBER 30, 2019** |

**ORDER**

The Court has reviewed the Parties' Joint Administrative Motion to Extend Deadline to Refile Motion to Seal and Joint Stipulation to the same. For good cause appearing therefore, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Plaintiff to refile its Administrative Motion to Seal (Dkt. 106) is hereby extended from October 22, 2019 (as set by Dkt. 124) to and through October 30, 2019.

Dated: 10/23/2019

Hon. Haywood S. Gilliam Jr.
United States District Judge