| | |
|---|---|
| Michael Liu Su (Cal. Bar No. 300590)<br>michael.liu.su@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Lionel M. Lavenue (*pro hac vice*)<br>lionel.lavenue@finnegan.com<br>Bradford C. Schulz (*pro hac vice*)<br>bradford.schulz@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br><br>Samhitha M. Medatia (*pro hac vice*)<br>Samhitha.medatia@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>271 17th Street, NW<br>Suite 1400<br>Atlanta, GA 30363<br>Telephone: (404) 653-6400<br>Facsimile: (202) 408-4400<br><br>Attorneys for Plaintiff<br>ZTE (USA) Inc. | Peter Lambrianakos (*pro hac vice*)<br>plambrianakos@brownrudnick.com<br>Vincent J. Rubino, III (*pro hac vice*)<br>vrubino@brownrudnick.com<br>Alfred R. Fabricant (*pro hac vice*)<br>afabricant@brownrudnick.com<br>Brown Rudnick LLP<br>Alessandra C. Messing (*pro hac vice*)<br>amessing@brownrudnick.com<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>Sarah G. Hartman (Cal. Bar No. 281751)<br>shartman@brownrudnick.com<br>Arjun Sivakumar (Cal. Bar No. 297787)<br>asivakumar@brownrudnick.com<br>Brown Rudnick LLP<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br><br>Attorneys for Defendant AGIS SOFTWARE<br>DEVELOPMENT LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZTE (USA) INC.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AGIS SOFTWARE DEVELOPMENT LLC,<br><br>    Defendant(s). | Case Number: 4:18-cv-06185-HSG<br><br>**JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES, AND NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | **JOINT MOTION AND [PROPOSED] ORDER TO STAY ALL DEADLINES** |
| 2 | Pursuant to Civil Local Rule 7-12, the Court on September 30, 2019, entered a stay of all deadlines pertaining to Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"). Dkt. No. 120. The Parties hereby further stipulate and agree as follows: |

# JOINT MOTION AND [PROPOSED] ORDER TO STAY ALL DEADLINES

Pursuant to Civil Local Rule 7-12, the Court on September 30, 2019, entered a stay of all deadlines pertaining to Plaintiff ZTE (USA) Inc. ("ZTE") and Defendant AGIS Software Development LLC ("AGIS Software") (collectively, the "Parties"). Dkt. No. 120. The Parties hereby further stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, through their respective undersigned counsel, that all matters in controversy between the Parties are settled in principle. The Parties respectfully request that this Court further continue the stay of all case deadlines between the Parties for an additional seven (7) days, until and including November 6, 2019. The Parties have finalized the agreement but need additional time to execute the agreement and to file appropriate documents with the Court. Good cause exists for the extension due to the Parties' schedules and foreign-located representatives requiring additional time to execute the settlement documents without involving the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 30, 2019

Respectfully submitted,

*/s/ Michael Liu Su*
Michael Liu Su (Cal. Bar No. 300590)
michael.liu.su@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
Bradford C. Schulz (pro hac vice)
bradford.schulz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive

| | |
|---|---|
| 1 | Reston, VA 20190 |
| 2 | Telephone:    (571) 203-2700<br>Facsimile:    (202) 408-4400 |
| 3 | |
| 4 | Samhitha M. Medatia (*pro hac vice*)<br>Samhitha.medatia@finnegan.com |
| 5 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 6 | 271 17th Street, NW<br>Suite 1400 |
| 7 | Atlanta, GA 30363<br>Telephone:    (404) 653-6400 |
| 8 | Facsimile:    (202) 408-4400 |
| 9 | Attorneys for Plaintiff<br>ZTE (USA) Inc. |
| 10 | |
| 11 | Dated: October 30, 2019 |

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Peter Lambrianakos (pro hac vice)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@brownrudnick.com
Alfred R. Fabricant (*pro hac vice*)
afabricant@brownrudnick.com
Alessandra C. Messing (*pro hac vice*)
amessing@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman (Cal. Bar No. 281751)
shartman@brownrudnick.com
Arjun Sivakumar (Cal. Bar No. 297787)
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

### ATTESTATION

I, Michael Liu Su, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a confirmed signature (/s/) within this e-filed document.

/s/ Michael Liu Su

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 10/31/2019

The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California