Peter Lambrianakos (pro hac vice)
plambrianakos@brownrudnick.com
Vincent J. Rubino, III (pro hac vice)
vrubino@brownrudnick.com
Alfred R. Fabricant (pro hac vice)
afabricant@brownrudnick.com
Alessandra C. Messing (pro hac vice)
amessing@brownrudnick.com
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sarah G. Hartman
shartman@brownrudnick.com
CA Bar No. 281751
Arjun Sivakumar
CA. Bar No. 297787
asivakumar@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
AGIS SOFTWARE DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZTE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, et al. <br><br> Defendant. | Case No. 18-cv-06185-HSG <br><br> **ORDER GRANTING RENEWED MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** <br><br> Hearing Date: January 16, 2019 <br> Time: 2:00 p.m. PST <br> Trial Date: None Set |

# ORDER

The Court, having considered Defendant AGIS Software Development, LLC's Unopposed Renewed Motion to Dismiss Plaintiff ZTE (USA) Inc.'s Second Amended Complaint, including all briefing and argument associated therewith, finds that the Motion should be **GRANTED**, and by agreement of the parties, the Second Amended Complaint dismissed with prejudice for lack of personal jurisdiction. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of the Court is directed to close this case.

DATED: November 5, 2019

The Honorable Haywood S. Gilliam Jr.
U.S. District Court Judge
Northern District of California